UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANASTACIO ESCHEVERRIA-RUIZ          MOVANT/DEFENDANT

v.          CRIMINAL ACTION NO. 3:09-CR-00179-CRS-DW
         CIVIL ACTION NO. 3:16-CV-00597-CRS

UNITED STATES OF AMERICA          RESPONDENT/PLAINTIFF

Order

Anastacio Escheverria-Ruiz filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Mot. Vacate 1, ECF No. 267. Escheverria-Ruiz challenges his conviction in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). *Id*. The United States responded. Resp. Opp. Mot. Vacate 1, ECF No. 277. Escheverria-Ruiz did not reply. Magistrate Judge Dave Whalin made findings of fact, conclusions of law, and a recommendation that Escheverria-Ruiz's motion to vacate, set aside, or correct his sentence be denied and that Escheverria-Ruiz be denied a certificate of appealability. R. & R. 27, ECF No. 282. Escheverria-Ruiz did not object.

Under 28 U.S.C. § 636(b), a magistrate judge may make proposed findings of fact and recommendations for the disposition of a motion. A party may file written objections to the findings and recommendations within 14 days of being served with the proposed findings and recommendation. *Id*. The district court then "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*. "Failure to file timely objections with the district court waives subsequent review in the court of appeals." *Thomas v. Arn*, 474 U.S. 140, 144–45 (1985).

Because Escheverria-Ruiz has filed no objections, the magistrate judge's findings of fact, conclusions of law, and recommendation are **ACCEPTED** and **ADOPTED** in their entirety.

Escheverria-Ruiz's motion to vacate, set aside, or correct his sentence is **DENIED**. Escheverria-Ruiz is also **DENIED** a certificate of appealability.

April 24, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**